AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   15-10146-NMG |
| Antonio Chatman | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

2018 JAN -3  P 4: 28

RECEIVED
U.S. MARSHAL SERVICE

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Antonio Chatman

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Alleged violations of Conditions of Supervised Release

Date:     01/03/2018

/s/ Stephanie Caruso
*Issuing officer's signature*

City and state:     Boston, MA

Stephanie Caruso, Deputy Clerk
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____<br>*Arresting officer's signature* |
| | _____<br>*Printed name and title* |

WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON    1/11/2018

U.S. DISTRICT COURT
DISTRICT OF MASS.

2018 JAN 11  PM 3: 14

FILED
IN CLERKS OFFICE