UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                )
UNITED STATES OF AMERICA        )
                                )
V.                              )         Crim. No. 15-CR-10146
                                )
ANTONIO CHATMAN                 )
_____)
```

**DEFENDANT'S MOTION TO APPOINT NEW COUNSEL**

The defendant, Antonio Chatman, moves that this Court appoint new counsel. As grounds therefore, the defendant states the following:

1.   There is a potential conflict as the firm of counsel for the defendant represented a co-defendant in one of the related cases.

2.   Counsel for the defendant will be unable to attend the final revocation hearing on the date scheduled by the Court. Counsel did not realize at the time of this appointment that he was scheduled to chair an MCLE event, "Juvenile Court Judicial Forum," on the afternoon of Thursday, January 25, 2018. Counsel is leaving the country for two weeks on a pre-planned vacation after the MCLE event. It would likely take an additional week before counsel would be able to attend the defendant's final revocation hearing.

The defendant is being held at Plymouth County House of Correction and wishes to have new counsel appointed so that he may have a hearing on his revocation at an earlier date than counsel is able to appear.

ANTONIO CHATMAN
By his attorneys,

CARNEY & ASSOCIATES

*J. W. Carney, Jr.*
J. W. Carney, Jr.
B.B.O. # 074760

20 Park Plaza, Suite 1405
Boston, MA 02116
617-933-0350
jcarney@CARNEYdefense.com

January 19, 2018

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA       )
                              )
V.                             )          Crim. No. 15-CR-10146
                              )
ANTONIO CHATMAN                )
_____)
```

**AFFIDAVIT SUPPORTING**
**DEFENDANT'S MOTION TO APPOINT NEW COUNSEL**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

January 19, 2018